IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
AIKEN DIVISION

| | |
|---|---|
| Doris Hedwin, on behalf of JH, a minor child,  )<br>  )<br>Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>Carolyn W. Colvin, Acting  )<br>Commissioner of Social Security  )<br>Administration,  )<br>  )<br>Defendant.  )<br>  ) | C/A No.: 1:13-2466-RMG-SVH<br><br><br><br>ORDER |

This matter comes before the court on a review of the docket in this case, which reveals that Plaintiff has failed to timely file her brief. Defendant filed an answer and the administrative record of the underlying proceedings on March 5, 2014. [Entries #8, #10]. Pursuant to Local Civil Rule 83VII.04 (D.S.C.), and two extensions granted by the court, Plaintiff's brief was due on May 21, 2014. Plaintiff has not yet filed a brief in this matter. As such, it appears to the court that Plaintiff wishes to abandon this action. Based on the foregoing, Plaintiff is directed to advise the court whether she wishes to continue with this case and to file a brief by June 4, 2014. Plaintiff is further advised that if she fails to respond, this action will be recommended for dismissal with prejudice for failure to prosecute. *See Davis v. Williams*, 588 F.2d 69, 70 (4th Cir. 1978); Fed. R. Civ. P. 41(b).

IT IS SO ORDERED.

*Shiva V. Hodges*

May 28, 2014  
Columbia, South Carolina

Shiva V. Hodges  
United States Magistrate Judge