# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| Doris Hedwin, o/b/o J.H., ) | |
| ) | |
| ) | |
| Plaintiff, ) | |
| ) | Civil Action No. 1:13-2466-RMG |
| vs. ) | |
| ) | |
| Carolyn W. Colvin, Commissioner ) | |
| of Social Security Administration, ) | **ORDER** |
| ) | |
| Defendant. ) | |
| ) | |
| _____ ) | |

This matter comes before the Court on Plaintiff's motion for an award of attorney's fees under the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412. (Dkt. No. 32). Plaintiff seeks an attorney fee award of $3,705.00, representing 19.25 hours of attorney time at $190.00 per hour, $16.00 in expenses and $407.00 in costs (to be paid from the Judgment Fund). (Dkt. No. 32-1 at 5-7). The Court notes, however, that 19.25 hours of attorney time at $190.00 per hour totals $3,657.50. The Commissioner has advised the Court she does not oppose Plaintiff's motion. (Dkt. No. 33).

The Court has reviewed the motion and memorandum of Plaintiff, as well as the supporting underlying documentation, and finds that the total fee request (recalculated to total $3,657.50), hours expended, and hourly rates are reasonable and authorized under applicable law. *Gisbrecht v. Barnhart*, 535 U.S. 789 (2002). Therefore, the Court hereby grants an EAJA award to Plaintiff in the amount of $3,657.50 for attorney's fees, $16.00 in expenses and $407.00 in costs (paid from the Judgment Fund). This award is subject to the Treasury Offset Program, 31

-2-

U.S.C. § 3716(c)(1)(B). In the event Plaintiff has no present debt subject to offset and Plaintiff has executed a proper assignment to her counsel, Defendant is directed to make the payment due herein to Plaintiff's counsel. If Plaintiff has no present debt subject to offset and no proper assignment has been made by Plaintiff to her counsel, Defendant is directed to make the check due pursuant to this Order payable to Plaintiff and to deliver the check to Plaintiff's counsel.

AND IT IS SO ORDERED.

_____
Richard Mark Gergel
United States District Judge

December 24, 2014
Charleston, South Carolina